**No. 10-6600. Yolonda T. Strong, Petitioner v. New York City Department of Education.**

562 U.S. 1068, 131 S. Ct. 652, 178 L. Ed. 2d 490, 2010 U.S. LEXIS 9286, ▮

November 29, 2010. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, First Judicial Department, denied.

Same case below, 62 App. Div. 3d 592, 880 N.Y.S.2d 39.

**No. 10-6601. Randy Todd McKinley, aka Randy T. McKinley, Petitioner v. Oregon.**

562 U.S. 1068, 131 S. Ct. 652, 178 L. Ed. 2d 490, 2010 U.S. LEXIS 9063.

November 29, 2010. Petition for writ of certiorari to the Court of Appeals of Oregon denied.

**No. 10-6605. Jose Fausto Guzman-Soto, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.**

562 U.S. 1068, 131 S. Ct. 652, 178 L. Ed. 2d 490, 2010 U.S. LEXIS 9359.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 385 Fed. Appx. 328.

**No. 10-6609. James Werdlow, Petitioner v. Patricia Caruso, et al.**

562 U.S. 1068, 131 S. Ct. 653, 178 L. Ed. 2d 490, 2010 U.S. LEXIS 9076.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-6612. Clarence G. Bryant, Petitioner v. John Fayram, Warden.**

562 U.S. 1068, 131 S. Ct. 653, 178 L. Ed. 2d 490, 2010 U.S. LEXIS 9427.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-6617. Isaac Jones, Petitioner v. Texas Department of Criminal Justice, et al.**

562 U.S. 1068, 131 S. Ct. 687, 178 L. Ed. 2d 490, 2010 U.S. LEXIS 9128, ▮

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-6624. James De Moss, Petitioner v. Charles Cothron, et al.**

562 U.S. 1068, 131 S. Ct. 654, 178 L. Ed. 2d 490, 2010 U.S. LEXIS 9186.

November 29, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Eleventh District, denied.

**No. 10-6626. Cordell Duane Broadus, Petitioner. v. Pennsylvania.**

562 U.S. 1068, 131 S. Ct. 654, 178 L. Ed. 2d 490, 2010 U.S. LEXIS 9218.

November 29, 2010. Petition for writ of certiorari to the Superior Court of Pennsylvania, Pittsburgh Office, denied.

Same case below, 990 A.2d 37.